# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3978

_____

Edward Charles Nicholson,       *
     *
           Appellant,      *
     *    Appeal from the United States
       v.      *    District Court for the Eastern
     *    District of Arkansas.
Garry Stewart, M.D. Faulkner      *
County Detention Facility;      *    [UNPUBLISHED]
Carl Johnson, M.D. Pulaski      *
County Detention Center,      *
     *
           Appellees.      *

_____

Submitted: February 5, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Edward Nicholson appeals the district court's[1] grant of summary judgment for defendants in his 42 U.S.C. § 1983 action claiming defendants were deliberately indifferent to his serious medical needs stemming from his Type II diabetes.

_____

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa, sitting by designation in the Eastern District of Arkansas.

Following careful de novo review, <u>see</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006), we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

_____